RECEIVED
IN LAKE CHARLES, LA

MAY 21 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| DEBBIE PHILLIPS STUTES D/B/A SCRIPT SHOPPE | CIVIL ACTION NO: 06-2126 |
| VERSUS | JUDGE _____ |
| ZURICH NORTH AMERICA, ET AL | MAGISTRATE JUDGE _____ |

### ORDER

PREMISES CONSIDERED;

IT IS ORDERED that all demands of plaintiff, **DEBBIE PHILLIPS STUTES D/B/A SCRIPT SHOPPE** against defendant, **ZURICH AMERICAN INSURANCE** be an they are hereby dismissed, without prejudice, at defendant, **ZURICH AMERICAN INSURANCE COMPANY'S** costs.

Lake Charles, Louisiana, this 21 day of ~~April~~ May, 2007.

_____
UNITED STATES DISTRICT JUDGE